No. 15,545.

IRELAND, ATTORNEY GENERAL *v.* COLORADO MASONS
BENEVOLENT FUND ASSOCIATION ET AL.
(151 P. [2d] 757)

Decided September 11, 1944.

Judgment affirmed en banc on application for super-
sedeas without written opinion.

Mr. GAIL IRELAND, Attorney General, Mr. H. LAW-
RENCE HINKLEY, Deputy, Mr. CLARENCE L. BARTHOLIC,
Assistant, for plaintiff in error.

Mr. ARTHUR PONSFORD, Mr. J. D. PENDER, for Colorado
Masons Benevolent Fund Association, defendant in error.